UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

Susan DeHerrera,
Joe Guerrero
Pro Se Plaintiffs-Appellants

Case No. 26-1138

v.

Huerfano County, Colorado

Jeff Bensman,

Terry Sandoval,

Sam Jensen

Defendants-Appellees

I/we hereby notify the clerk that we are appearing pro se as the

_____Appellants, Plaintiffs_____
(Appellant, Petitioner, Appellee or Respondent)
in this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

X     All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____     Susan DeHerrera and Joe Guerrero
Signature                                                  Name
                                                                 __935 Cherrycrest Drive_____
                                                                 Mailing Address
                                                                 __Pueblo, CO  81005_____
                                                                 City            State          Zip Code

A-5 Pro Se Entry of Appearance Form 12/22

## CERTIFICATE OF SERVICE

I hereby certify that:

    X     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐     On   May 10,2026   I sent a copy of the Pro Se Entry
                    [date]

of Appearance Form to:

Leslie L. Schluter                     Matthew J. Hegarty, Esq.
Dagner, Schluter, Weber, LLC        Hall & Evans, LLC
8400 E Prentice, Suite 1401         1001 17th Street, Ste 300
Greenwood Village, CO 80111        Denver, CO 80202
e-mail: lschluter@lawincolorado.com    hegartym@hallevans.com

William T O'Connell III, Esq
Thompson, COE, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
Email: woconnell@thompsoncoe.com

address/email address, by   e-mail,mail                 .
                          [state method of service]

  5/10/2026           
Date

_____
Signature

A-5 Pro Se Entry of Appearance Form 12/22